UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD MAURICE KING,

    Petitioner,

v.                                          CASE NO. 6:05-cv-1294-Orl-19JGG
                                                    (6:04-cr-046-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

    Petitioner's Notice of Appeal is construed as requesting a certificate of appealability (Doc. No. 20, filed October 23, 2006).  *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).  This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right, and the request for a certificate of appealability must be **DENIED**.

    **DONE AND ORDERED** at Orlando, Florida, this __24th__ day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 10/24
Counsel of Record
Donald Maurice King