UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD MAURICE KING,

    Petitioner,

v.                                                  CASE NO. 6:05-cv-1294-Orl-19JGG
                                                        (6:04-cr-046-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Petitioner's Request for a Certificate of Appealability (Doc. No. 23, filed October 26, 2006) is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this  30th  day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 10/30
Counsel of Record
Donald Maurice King