UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD MAURICE KING,

    Petitioner,

v.                                                      CASE NO. 6:05-cv-1294-Orl-19JGG
                                                          (6:04-cr-046-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 25, filed November 13, 2006) is **DENIED**.  Any appeal by Petitioner would not be taken in good faith under Federal Rule of Appellate Procedure 24(a) because Petitioner has failed to make a substantial showing of the deprivation of any federal constitutional right.  Thus, Petitioner is not entitled to appeal as a pauper and shall pay the $455.00 appellate filing fee as required by 28 U.S.C. § 1915(a).

**DONE AND ORDERED** at Orlando, Florida, this __29th___ day of November, 2006.

_/s/ Patricia C. Fawsett_
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sa 11/29
Donald Maurice King
Counsel of Record