UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD MAURICE KING,

    Petitioner,

v.                                       CASE NO. 6:05-cv-1294-Orl-19UAM
                                                    (6:04-cr-046-Orl-19UAM)

UNITED STATES OF AMERICA,

    Respondent.

**<u>ORDER</u>**

This case is before the Court upon remand from the Eleventh Circuit Court of Appeals. The appellate court has remanded the case for an evidentiary hearing to "establish the content of the communications, if any, between petitioner and his attorney regarding a possible appeal." *See* Doc. No. 29 at 8. Consequently, an evidentiary hearing must be held to determine (1) whether Petitioner requested counsel to file a direct appeal to trigger the *per se* duty to appeal set forth in *Roe v. Ortega-Flores*, 528 U.S. 470 (2000); (2) if not, whether counsel sufficiently consulted with Petitioner about any appeal and made a reasonable effort to determine his wishes; (3) if counsel did not consult with Petitioner about the appeal, whether a rational defendant would have wanted to appeal or Petitioner demonstrated an interest in appealing; and (4) if counsel's performance was unreasonable, whether Petitioner would have appealed but for such deficient performance. *See* Doc. No. 29 at 5-7.

Accordingly, it is hereby **ORDERED** as follows:

1       The Court will hold an evidentiary hearing with regard to claim two raised in the § 2255 motion: that Petitioner received ineffective assistance of counsel because counsel failed to file

a notice of appeal after Petitioner requested that he do so. The hearing is scheduled for **February 28, 2008, at 9:00 a.m.**, United States Courthouse and Federal Building, 401 W. Central Boulevard, Courtroom 3B, Orlando, Florida 32801.

    2.    The United States Magistrate Judge is directed to appoint counsel on behalf of Petitioner.

    3.    **On or before January 28, 2008**, Petitioner shall file a statement entitled "Pretrial Narrative Statement." The Pretrial Narrative Statement shall contain:

(a) A brief general statement of the case.

(b) A narrative written statement of the facts that will be offered by oral or documentary evidence at the evidentiary hearing.

(c) A list of all exhibits to be offered into evidence at the evidentiary hearing.

(d) A list of the full names and addresses of places of employment for all the witnesses that Petitioner intends to call.

(e) A summary of the anticipated testimony of _each_ witness named in (d).

    4.    **On or before February 4, 2008**, the Government shall filed a "Pretrial Narrative Statement," entitled as such. The Pretrial Narrative Statement shall comply with paragraphs 3(a) through (e) above.

    **DONE AND ORDERED** at Orlando, Florida, this __16th__ day of December, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 12/16
Donald Maurice King

Counsel of Record
U.S. Marshal
U.S. Probation
U.S. Magistrate Judge