UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD MAURICE KING,

    Petitioner,

v.                                     CASE NO. 6:05-cv-1294-Orl-19GJK
                                        (6:04-cr-46-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

---

## ORDER

This case is before the Court on the following motion:

**MOTION:**    Petitioner's Motion for Certificate of Appealability (Doc. No. 52, filed April 2, 2008).

Thereon it is **ORDERED** that the motion is **DENIED**. This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this ___9th___ day of April, 2008.

*[signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sc 4/9
Counsel of Record