UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD MAURICE KING,

    Petitioner,

v.                                       CASE NO. 6:05-cv-1294-Orl-19GJK
                                             (6:04-cr-46-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This case is before the Court on the following motions:

1.    Petitioner's Motion to File an Out of Time Appeal (Doc. No. 62, filed December 10, 2008) is **DENIED.** The Eleventh Circuit Court of Appeals denied Petitioner's motion for certificate of appealability on June 19, 2008. *See* Doc. No. 59.

2.    Petitioner's Motion for Leave to Proceed In Forma Pauperis on Appeal (Doc. No. 64, filed December 10, 2008) is **DENIED** as moot.

3.    Petitioner's Request for a Certificate of Appealability (Doc. No. 65, filed December 10, 2008) is **DENIED** as moot.

**DONE AND ORDERED** at Orlando, Florida, this __16th__ day of December, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 12/16
Counsel of Record
Donald Maurice King